IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMY WEBBER § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:17-cv-02859-L |
| § | |
| THE TRAVELERS HOME AND § | |
| MARINE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between Plaintiff Amy Webber (Plaintiff) and Defendant The Travelers Home and Marine Insurance Company (Defendant) as follows:

1.  Plaintiff and Defendant have settled the matters in controversy and stipulate that all claims asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

2.  Plaintiff and Defendant stipulate that each party shall bear its own costs, expenses and attorneys' fees.

3.  Plaintiff and Defendant, along with the filing of this Stipulation, submit to the Court for consideration and entry an Order of Dismissal with Prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Chris Harper by permission | /s/ Marcie L. Schout |
| PHILLIP P. OWENS II | WM. LANCE LEWIS |
| Texas Bar No. 24052051 | Texas Bar No. 12314560 |
| **OWENS LAW OFFICE, PC** | MARCIE L. SCHOUT |
| 6907 N.W. 122nd Street | Texas Bar No. 24027960 |
| Oklahoma City, OK 73012-4341 | **QUILLING, SELANDER, LOWNDS,** |
| (405) 608-0708 (Telephone) | **WINSLETT & MOSER, P.C.** |
| (405) 608-0709 (Facsimile) | 2001 Bryan Street, Suite 1800 |
| po@owenslawofficepc.com | Dallas, Texas  75201 |
| | (214) 871-2100 (Telephone) |
| CHRIS HARPER | (214) 871-2111 (Facsimile) |
| OBA #10325 | llewis@qslwm.com |
| CHRIS HAPER, INC. | mschout@qslwm.com |
| P.O. Box 5888 | |
| Edmond, OK 73083-5888 | **ATTORNEYS FOR DEFENDANT THE** |
| (405) 359-0600 (Telephone) | **TRAVELERS HOME AND MARINE** |
| (405) 340-1973 (Facsimile) | **INSURANCE COMPANY** |
| charper@chrisharperlaw.com | |

**ATTORNEYS FOR PLAINTIFF AMY WEBBER**

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of January, 2018 a true and correct copy of the foregoing document has been furnished to all counsel of record, via ECF, in accordance with the Federal Rules of Civil Procedure.

 /s/ Marcie L. Schout
Marcie L. Schout